United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL HABTEGEORGIS,
Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
Defendant.

Case No. 26-cv-12475-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Adams v. Federal Express Corporation*, Case No. 26-cv-09686-JD.

**IT IS SO ORDERED.**

Dated: October 26, 2026

ALEX G. TSE
United States Magistrate Judge